AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Richard Mills          **JUDGMENT IN A CIVIL CASE**
                                   CASE NUMBER: 05-CV-765A

    v.

T. Poole and State of New York

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition is dismissed without prejudice. Further, a certificate of appealability is denied and leave to appeal as a poor person is denied.

Date: March 15, 2005                                               RODNEY C. EARLY,
                                                                          CLERK

                                                               By:     s/Deborah M. Zeeb
                                                                            Deputy Clerk